NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000915
29-OCT-2014
08:46 AM**

NO. CAAP-14-0000915

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
MARVIN KALANI MILES, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 13-1-0714(2))

ORDER GRANTING THE OCTOBER 10, 2014
MOTION TO WITHDRAW NOTICE OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion to Withdraw Notice of Appeal" (**Motion**), filed by Plaintiff-Appellant State of Hawai'i (**State**), on October 10, 2014; Defendant-Appellee Marvin Kalani Miles's statement of no objection to the Motion, filed on October 12, 2014; and the record; and noting no opposition, it appears that the State seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 29, 2014.

Chief Judge

Associate Judge

Associate Judge